# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KYON DARELL WATSON,<br><br>    Defendant. | Case No. 3:21-cr-00055-SLG-MMS |

### ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 50. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1 of the Indictment, Possession with Intent to Distribute Heroin, which is a violation of 21 U.S.C. § 841.

Judge Scoble issued a Final Report and Recommendation at Docket 64, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The

Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment—Possession with Intent to Distribute Heroin —and Defendant is adjudged GUILTY of Count 1. An Imposition of Sentence hearing is scheduled for August 19, 2022, at 1:30 p.m. before District Judge Sharon Gleason in Anchorage Courtroom 2.

DATED this 19th day of July, 2022, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00055-SLG-MMS, *United States v. Watson*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:21-cr-00055-SLG-MMS   Document 66   Filed 07/19/22   Page 2 of 2